IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LINDA HAMILTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-1355-WEB-KMH |
| | ) |
| CLIFTON SQUARE, LLC, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties and stipulate to the dismissal of the above cause of action with prejudice pursuant to Rule 41.

IT IS SO ORDERED.

                                         s/Wesley E. Brown
                                         HONORABLE WESLEY E. BROWN

APPROVED BY:

s/ David P. Calvert
David P. Calvert, #06628
DAVID P.CALVERT, P.A.
532 N. Market
Wichita, KS 67214-3514
*Attorney for Defendant*

s/Lawrence W. Williamson, Jr
Lawrence W. Williamson, Jr., #21282
Williamson Law Firm, LLC
816 Ann Avenue
Kansas City, Kansas 66101

s/Edward I Zwilling
Edward I. Zwilling
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
*Attorneys for Plaintiffs*